# Court of Appeals
# of the State of Georgia

ATLANTA,  February 10, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1198. ANTAVIAN BING v. STATE OF GEORGIA.

Antavian Bing was convicted of aggravated assault with intent to commit rape, aggravated child molestation, and child molestation. In 2002, this Court affirmed his conviction.[1] Bing filed a petition to be removed from the sex offender registry, which the superior court denied in September 2025. The next month, Bing filed a new petition, which he styled as a motion for reconsideration of the court's previous order. The superior court dismissed that petition and Bing filed a notice of appeal. This Court, however, lacks jurisdiction.

Pretermitting the issue of whether Bing could appeal the denial of a motion for reconsideration, see *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000), appeals from orders of superior courts denying petitions for release under OCGA § 42-1-19 must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a)(5.2), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

---

[1] *Bing v. State*, 256 Ga. App. 88 (567 SE2d 731) (2002).

Accordingly, Bing's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 02/10/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*